**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Barry Howard LANDRETH,
Defendant—Appellant.**

**Nos. 07–50394, 07–50493.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 1, 2009.

Gregory W. Staples, Esquire, Office of the U.S. Attorney, Santa Ana, CA, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Elizabeth Newman, FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Barry Howard Landreth appeals from his 72–month sentence imposed following his guilty-plea conviction for wire fraud, in violation of 18 U.S.C. § 1343. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Landreth contends that the government breached the plea agreement. We conclude that there was no plain error. *See United States v. Cannel,* 517 F.3d 1172, 1175–77 (9th Cir.2008); *United States v. Allen,* 434 F.3d 1166, 1175 (9th Cir.2006); *United States v. Maldonado,* 215 F.3d 1046, 1051–52 (9th Cir.2000).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.